SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE SHERIDAN (Bar No. 135910)
ALISON WILLIAMS (Bar No. 251689)
Stephanie.Sheridan@sdma.com
Alison.Williams@sdma.com
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
SIGG Switzerland (USA), Inc.


Michael A. Caddell (State Bar No. 249469)
(mac@caddellchapman.com)
Cynthia B. Chapman (State Bar No. 164471)
(cbc@caddellchapman.com)
George Y. Niño (State Bar No. 144623)
(gyn@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010-3027
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Attorneys for Plaintiffs
JARED BRANDT and ANDREA KOEPKE
individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jared Brandt and Andrea Koepke, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SIGG Switzerland (USA), Inc. d/b/a SIGG Switzerland (USA) Brands, Inc. and SIGG Switzerland (USA) Brands, Inc.,<br><br>　　　　Defendants. | CASE NO. 3:09-cv-04981 ~~BZ~~ CRB<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>JUDGE: Hon. Bernard Zimmerman<br>DEPT: Ctrm. G, 15th Floor |

///

///

-1- CASE NO. 3:09-cv-04981-BZ
STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6-1(a), plaintiffs Jared Brandt and Andrea Koepke ("plaintiffs") and defendant SIGG Switzerland (USA), Inc. ("defendant"), by and through their attorneys of record, agree and stipulate that defendant shall have up to and including December 17, 2009, to respond to plaintiffs' complaint in the above-captioned case. This brief extension will not alter any event or deadline currently affixed by court order.

IT IS SO STIPULATED.

Dated: November __18__, 2009    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By /s/Stephanie Sheridan
Stephanie Sheridan
Attorneys for Defendants
SIGG SWITZERLAND (USA), INC.

Dated: November __18__, 2009    CADDELL & CHAPMAN

By /s/George Y. Niño
George Y. Niño
Attorneys for Plaintiffs and the Class

November 20, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA