1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEPHANIE SHERIDAN    (Bar No. 135910)
2  ALISON WILLIAMS       (Bar No. 251689)
   Stephanie.Sheridan@sdma.com
3  Alison.Williams@sdma.com
   One Market Plaza, Steuart Tower, 8th Floor
4  San Francisco, California  94105
   Telephone:  (415) 781-7900
5  Facsimile:   (415) 781-2635

6  Attorneys for Defendants
   SIGG Switzerland (USA), Inc.
7

8  Michael A. Caddell (State Bar No. 249469)
   (mac@caddellchapman.com)
9  Cynthia B. Chapman (State Bar No. 164471)
   (cbc@caddellchapman.com)
10 George Y. Niño (State Bar No. 144623)
   (gyn@caddellchapman.com)
11 CADDELL & CHAPMAN
   1331 Lamar, Suite 1070
12 Houston, TX  77010-3027
   Telephone:  (713) 751-0400
13 Facsimile:   (713) 751-0906

14 Attorneys for Plaintiffs
   JARED BRANDT and ANDREA KOEPKE
15 individually and on behalf of all others similarly situated

16                 UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18

| Jared Brandt and Andrea Koepke, individually and on behalf of all others similarly situated, | CASE NO. 3:09-cv-04981-~~BZ~~ CRB |
|---|---|
| Plaintiffs, | **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| v. | JUDGE:   Hon. Bernard Zimmerman |
| SIGG Switzerland (USA), Inc. d/b/a SIGG Switzerland (USA) Brands, Inc. and SIGG Switzerland (USA) Brands, Inc., | DEPT:     Ctrm. G, 15th Floor |
| Defendants. | |

26

27 ///

28 ///

-1-   CASE NO. 3:09-cv-04981-BZ
STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

1 | Pursuant to Local Rule 6-1(a), plaintiffs Jared Brandt and Andrea Koepke ("plaintiffs")
2 | and defendant SIGG Switzerland (USA), Inc. ("defendant"), by and through their attorneys of
3 | record, agree and stipulate that defendant shall have up to and including December 17, 2009, to
4 | respond to plaintiffs' complaint in the above-captioned case.  This brief extension will not alter
5 | any event or deadline currently affixed by court order.

6 | IT IS SO STIPULATED.

7 | Dated: November __18__, 2009    SEDGWICK, DETERT, MORAN & ARNOLD LLP

9 | By  /s/Stephanie Sheridan
    | Stephanie Sheridan
    | Attorneys for Defendants
10 | SIGG SWITZERLAND (USA), INC.

12 | Dated: November __18__, 2009    CADDELL & CHAPMAN

14 | By  /s/George Y. Niño
    | George Y. Niño
    | Attorneys for Plaintiffs and the Class

18 | November 20, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-   CASE NO. 3:09-cv-04981-BZ
STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT