*United States District Court*
*Western District of Kentucky*
*Office of the Clerk*
*United States Courthouse*
*601 West Broadway, Room 106*
*Louisville, Kentucky 40202-2249*
*(502) 625-3500*
*Writers Direct Dial: (502) 625-3538*
*Email Address: andrea_r._kash@kywd.uscourts.gov*

| | |
|---|---:|
| *Jeffrey A. Apperson* | *Vanessa L. Armstrong* |
| *Clerk of Court* | *Chief Deputy Clerk* |

February 4, 2010

Richard W. Wieking, Clerk
Northern District of California
450 Golden Gate Avenue
Phillip Burton U.S. Courthouse
Box 36030
San Francisco, CA 94102-3489

    In Re:  MDL No. 2137- *In Re: SIGG Switzerland (USA), Inc., Aluminum Bottles Marketing & Sales Practices Litigation Conditional Transfer Order No. 1*

Dear Clerk of Court:

    Attached is a certified copy of CTO 1 from the Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district:

    **Jared Brandt, et al. v. SIGG Switzerland (USA), Inc., CA. 3:09-4981**

    Pursuant to this order the above-styled case must be transferred to the Western District of Kentucky at Louisville.

    Please file the attached certified copy of the CTO in the affected case, and close the case.

    ***Please transmit the record of this case to the Western District of Kentucky at Louisville using the CM/ECF Case Transfer utility.***

    If you have any questions, please call CM/ECF Helpdesk at 1-866-822-8305.

    Sincerely,

    /s/:Andrea R. Kash

    *Andrea R. Kash*
    *MDL Case Manager*

Attachment:   Certified Copy of CTO No. 1

cc: Judicial Panel on Multidistrict Litigation